**CHAMBERS OF THE HONORABLE RICHARD OWEN**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**40 FOLEY SQUARE**
**NEW YORK, NY 10007**
**212-805-6155**
**Fax No. 212-805-6161**

### F A X

To:         All Counsel (see attached list)

From:       Hon. Richard Owen
            *by* Dustin Osborn, Law Clerk

Date:       April 7, 2005

Re:         <u>Showers v. Pfizer, Inc. et al</u>, 04-cv-9866 (RO)
            <u>Morabito v. Pfizer, Inc. et al</u>, 04-cv-9967 (RO)
            <u>Haggerty v. Pfizer, Inc. et al</u>, 04-cv-10001 (RO)
            <u>Sheldon Miller P.C. Benefit Plan v. Pfizer Inc., et al</u>, 04-cv-10224 (RO)
            <u>Schaffer v. Pfizer, Inc. et al</u>, 04-cv-10296 (RO)
            <u>Hodge v. Pfizer, Inc. et al</u>, 05-cv-00125 (RO)
            <u>Hay v. Pfizer, Inc. et al</u>, 05-cv-00983 (RO)
            <u>Jaffee Ira et al v. Pfizer, Inc. et al</u>, 05-cv-02017 (RO)
            <u>Amalgamated Bank et al v. Pfizer, Inc., et al</u>, 05-cv-02076 (RO)

Pages including this cover: 2

<u>All counsel</u>:

    Pfizer's request to stay tomorrow's motions for consolidation and appointment of lead plaintiff dated April 5, 2005 pending the resolution of their motion before the MDL panel is denied.

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/05

Jack G. Fruchter, Esq.
**Abraham Fruchter & Twersky LLP**
(212) 279-3655

Sherrie R. Savett, Esq.
Barbara A. Podell, Esq.
Phyllis M. Parker, Esq.
**Berger & Montague, P.C.**
(215) 875-4604

Greg Markel, Esq.
Jason Halper, Esq.
Tom M. Fini, Esq.
**Cadwalader, Wickersham & Taft LLP**
(212) 504-6666

David B. Kahn, Esq.
**David B. Kahn & Associates, Ltd.**
(847) 501-5086

John G. Emerson, Esq.
Scott E. Poynter, Esq.
Elizabeth Watson, Esq.
**Emerson Poynter LLP**
(501) 907-2556

Donald Enright, Esq.
Michael McLellan, Esq.
**Finkelstein, Thompson & Loughran**
(202) 337-8090

Thomas McKenna, Esq.
**Gainey & McKenna**
(212) 983-0383

Jay W. Eisenhofer, Esq.
Sidney S. Liebesman, Esq.
Geoffrey C. Jarvis, Esq.
Kimberly L. Wierzel, Esq.
**Grant & Eisenhoffer P.A.**
(212) 755-6503 & (302) 622-7100

Russell A. Ingebritson, Esq.
**Ingebritson & Associates, P.A.**
(612) 342-2990

Alfred G. Yates, Jr. Esq.
**Law Office of Alfred G. Yates Jr., P.C.**
(412) 391-1033

Curtis Victor Trinko, Esq.
**Law Offices of Curtis V. Trinko, LLP**
(212) 986-0158

Samuel H. Rudman, Esq.
David A. Rosenfeld, Esq.
William S. Lerach, Esq.
Darren J. Robbins, Esq.
Arthur C. Leahy, Esq.
**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**
(631) 367-1173 & (619) 231-7423

Richard A. Lockridge, Esq.
Karen Hanson Riebel, Esq.
**Lockridge Grindal Nauen P.L.L.P.**
(612) 339-0981

Eric J. Belfi, Esq.
Aaron Patton, Esq.
Paul T. Curley, Esq.
**Murray, Frank & Sailer LLP**
(212) 682-1892

H. Adam Prussin, Esq.
Stanley M. Grossman, Esq.
Marc I. Gross, Esq.
**Pomerantz Haudek Block Grossman & Gross, LLP**
(212) 661-8665

Marc A. Topaz, Esq.
Richard A. Mansikas, Esq.
Tamara Skivirsky, Esq.
Richard S. Schiffrin, Esq.
Stuart L. Berman, Esq.
Sean M. Handler, Esq.
**Schiffrin & Barroway, LLP**
(610) 667-7056

Fred Taylor Isquith, Sr., Esq.
Mark C. Rifkin, Esq.
Gregory M. Nespole, Esq.
Christopher S. Hinton, Esq.
**Wolf Haldenstein Adler Freeman & Herz LLP**
(212) 545-4653