**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer (JE-5503)
James R. Banko (JB-9686)
45 Rockefeller Center, 15th Floor
630 Fifth Avenue
New York, NY 10111
Telephone: (212) 755-6501
Facsimile: (212) 307-3216

Geoffrey C. Jarvis
Stephen G. Grygiel
Brian M. Rostocki
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

*Attorneys for Lead Plaintiff The Teachers' Retirement System of Louisiana*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PFIZER INC. SECURITIES LITIGATION | 04 Civ. 9866 (RO)<br>(Electronically Filed) |

**NOTICE OF MOTION TO STRIKE CERTAIN EXHIBITS ATTACHED
TO THE DECLARATION OF GREGORY A. MARKEL
AND RELATED PORTIONS OF THE MEMORANDUM OF LAW
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

TO:   CADWALADER, WICKERSHAM & TAFT, LLP
      Gregory A. Markel (GM 5626)
      Ronit Setton (RS-2298)
      One World Financial Center
      New York, New York 10281
      Telephone: (212) 504-6000
      Facsimile: (212) 504-6666

   **PLEASE TAKE NOTICE** that on Friday, August 11, 2006 at 2:30 p.m., or as soon

thereafter as counsel may be heard, upon the accompanying memorandum of law, all prior

pleadings and proceedings herein, all matters as to which the Court may take judicial notice, and all other papers filed in this matter, the undersigned attorneys for Lead Plaintiff The Teachers' Retirement System of Louisiana ("Lead Plaintiff"), on behalf of itself and all other purchasers of Pfizer Inc. ("Pfizer" or the "Company") securities between and including October 31, 2000 through October 19, 2005 (Lead Plaintiff, other named plaintiffs, and the class are collectively referred to as "Plaintiffs"), will move before The Honorable Richard Owen, U.S.D.J., United States District Court, Southern District of New York, United States Courthouse, 40 Centre Street, Courtroom 1106, New York, New York 10007, at a time and date convenient to the Court, for an Order:

1. Striking exhibits 1, 1a, 2 and 3 (collectively, the "Disputed Exhibits") attached to the Declaration of Gregory A. Markel in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint filed in this Court on May 5, 2006 (the "Motion to Dismiss");

2. Striking all references to the Disputed Exhibits in the Memorandum of Law in Support of the Motion to Dismiss; and

3. For such other relief as the Court deems just, proper and equitable.

Dated: June 19, 2006                    **GRANT & EISENHOFER P.A.**

                                        By:    /s/ James R. Banko
                                               Jay W. Eisenhofer (JE-5503)
                                               James R. Banko (JB-9686)
                                               45 Rockefeller Center, 15th Floor
                                               630 Fifth Avenue
                                               New York, NY 10111
                                               Telephone: (212) 755-6501
                                               Facsimile: (212) 307-3216

        and

Geoffrey C. Jarvis
Stephen G. Grygiel
Brian M. Rostocki
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

*Attorneys for Lead Plaintiff The Teachers'
Retirement System of Louisiana*

OF COUNSEL:

Richard S. Schiffrin
David Kessler
Andrew L. Zivitz
Benjamin J. Sweet
Michelle M. Backes
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 822-2229
Facsimile:  (610) 667-7056

*Attorneys for Michael Feitler,
Christine Fleckles, and Paul Schapka*

3