UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PFIZER INC. SECURITIES LITIGATION

04 Civ. 9866 (RO)

**SUPPLEMENTAL DECLARATION OF GREGORY A. MARKEL**

(Document filed electronically)

      GREGORY A. MARKEL, being over 21 years of age, and under penalty of perjury, declares as follows:

      1.    I am a member of the law firm of Cadwalader, Wickersham & Taft LLP, counsel for Defendants Pfizer Inc. ("Pfizer") and Henry A. McKinnell, John L. LaMattina, Karen L. Katen, Joseph M. Feczko and Gail Cawkwell (collectively, "Defendants") in the above captioned matter. I submit this supplemental declaration in support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint. I make this declaration on the basis of personal information.

      2.    Attached hereto as Exhibit 41 is a true and correct copy of the Pfizer Form 10-K filed with the United States Securities and Exchange Commission ("SEC") on March 1, 2006.

      3.    Attached hereto as Exhibit 42 is a true and correct copy of a Pfizer press release dated April 17, 2000, which is available at http://www.lexis.com.

      4.    Attached hereto as Exhibit 42a is a true and correct copy of the article by William B. White et al., titled <u>Comparison of Thromboembolic Events in Patients Treated with Celecoxib, a Cyclooxygenase-2 Specific Inhibitor, Versus Ibuprofen or Diclofenac</u>, 89 Am. J. Cardiology 425 (2002).

-2-

5. Attached hereto as Exhibit 43 is a true and correct copy of a chart of the daily closing prices of Pfizer stock between January 1, 2004 and February 7, 2005, which is available at http://finance.yahoo.com/q/hp?s=PFE&a=00&b=1&c=2005&d=01&e=7&f=2005&g=d.

6. Attached hereto as Exhibit 44 is a true and correct copy of a letter from Dr. Sidney Wolfe of the Public Citizen's Health Research Group to the FDA, dated January 31, 2005, which is available at http://www.citizen.org/publications/release.cfm?ID=7359.

7. Attached hereto as Exhibit 45 is a true and correct copy of Guidance for Industry: Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products, by the United States Department of Health and Human Services, Food and Drug Administration, dated May 1998, which is available at http://www.fda.gov/cder/guidance/1397fnl.pdf.

8. Attached hereto as Exhibit 46 is a true and correct copy of a Pfizer press release dated October 15, 2004, which is available at http://www.pfizer.com/pfizer/are/news_releases/2004pr/mn_2004_1015.jsp.

9. Attached hereto as Exhibit 47 is a true and correct copy of a chart of the daily volume of Pfizer stock traded on the dates of October 26, 2000, November 1, 2000, November 6, 2000, October 23, 2001, October 29, 2001, February 21, 2002, February 25, 2004, February 26, 2004, and March 2, 2004, which is available at http://finance.yahoo.com/q/hp?s=PFE.

10. Attached hereto as Exhibit 48 is a true and correct copy of a Pfizer press release dated February 22, 2000, which is available at http://www.lexis.com.

11. Attached hereto as Exhibit 49 is a true and correct copy of a Pfizer press release dated November 19, 2001, which is available at http://www.lexis.com.

Dated: August 2, 2006

                                                      /s/
                                      Gregory A. Markel, Esq. (GM 5626)