UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PFIZER INC. SECURITIES LITIGATION

04 Civ. 9866 (RO)

**SECOND SUPPLEMENTAL DECLARATION OF GREGORY A. MARKEL**

(Document filed electronically)

GREGORY A. MARKEL, being over 21 years of age, and under penalty of perjury, declares as follows:

1. I am a member of the law firm of Cadwalader, Wickersham & Taft LLP, counsel for Defendants Pfizer Inc. ("Pfizer") and Henry A. McKinnell, John L. LaMattina, Karen L. Katen, Joseph M. Feczko and Gail Cawkwell (collectively, "Defendants") in the above captioned matter. I submit this supplemental declaration in support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint. I make this declaration on the basis of personal information.

2. Attached hereto as Exhibit 50 is a true and correct copy of the label for Lipitor dated June 2006, which is publicly available at http://www.fda.gov/cder/foi/label/2006/020702s044lbl.pdf.

Dated: September 11, 2006

/s/ Gregory A. Markel
Gregory A. Markel, Esq. (GM 5626)