UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PFIZER INC. SECURITIES LITIGATION | 04 Civ. 9866 (LTS)<br><br>**DECLARATION OF GREGORY A. MARKEL IN SUPPORT OF DEFENDANTS' ADDENDUM TO THEIR MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**<br><br>(Document filed electronically) |

GREGORY A. MARKEL, being over 21 years of age, and under penalty of perjury, declares as follows:

1.  I am a member of the law firm of Cadwalader, Wickersham & Taft LLP, counsel for Defendants Pfizer Inc. ("Pfizer") and Henry A. McKinnell, John L. LaMattina, Karen L. Katen, Joseph M. Feczko and Gail Cawkwell (collectively, "Defendants") in the above captioned matter. I submit this declaration in support of Defendants' Addendum to their Motion to Dismiss the Consolidated Class Action Complaint and Memorandum in Support Thereof, dated May 30, 2008. I make this declaration on the basis of personal information.

2.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Pfizer Form 10-K filed with the United States Securities and Exchange Commission ("SEC") on March 1, 2007.

-2-

      3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Pfizer Form 10-K filed with the SEC on February 29, 2008.

      4.     Attached hereto as Exhibit 3 is a true and correct copy of the article by Drs. William B. White, Gerald Faich, Jeffrey S. Borer and Robert W. Makuch titled <u>Cardiovascular Thrombotic Events in Arthritis Trials of the Cyclooxygenase-2 Inhibitor Celecoxib</u>, 92 Am. J. Cardiology 416 (2003)


Dated: June 3, 2008

                                                   /s/  
                                          Gregory A. Markel, Esq.