UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PFIZER INC. SECURITIES LITIGATION | No. 04 CV 9866 (LTS) (DFE)<br><br>**NOTICE OF MOTION** |

    PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of Gregory A. Markel, sworn to on July 17, 2009, and the exhibits attached thereto, Defendants Pfizer Inc., Dr. Henry A. McKinnell, Dr. John L. LaMattina, Karen L. Katen, Dr. Joseph M. Feczko and Dr. Gail Cawkwell (collectively, "Defendants"), will move before this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on October 5 through October 8, 2009, for an order, pursuant to Rule 702 of the Federal Rules of Evidence, precluding Plaintiffs from offering testimony or opinions from their experts, as more fully described in the accompanying memorandum of law.

-2-

Dated: New York, New York
July 17, 2009

                                           CADWALADER, WICKERSHAM & TAFT LLP

By: _____/s/ Gregory A. Markel_____
    Dennis J. Block (dennis.block@cwt.com)
    Gregory A. Markel (gregory.markel@cwt.com)
    Jason M. Halper (jason.halper@cwt.com)
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Attorneys for Defendants

Of Counsel:

Loren H. Brown
Christopher G. Campbell
Matthew A. Holian
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4846
Facsimile: (212) 335-4501

Charles Q. Socha
TUCKER ELLIS & WEST LLP
Metropoint 1, Suite 1325
4600 S. Ulster Street
Denver, CO 80237
Telephone: (720) 897-4404
Facsimile: (720) 222-5242