UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
IN RE PFIZER INC. SECURITIES LITIGATION   :   No. 04-CV-9866 (LTS)(HBP)
:
:   ECF CASE
:
-------------------------------------------------------------x

## NOTICE OF CHANGE
## OF FIRM AFFILIATION

    PLEASE TAKE NOTICE that Keith M. Fleischman is now affiliated with the Fleischman Law Firm at the address listed below.

        Keith M. Fleischman
        FLEISCHMAN LAW FIRM
        565 Fifth Avenue, 7th Floor
        New York, NY 10017
        Tel: (212) 880-9571
        Fax:  (917) 591-5245
        Email:  Kfleischman@fleischmanlawfirm.com

Date:  April 12, 2011

        Respectfully submitted,

    By:   /s/ Keith M. Fleischman
        Keith M. Fleischman
        FLEISCHMAN LAW FIRM
        565 Fifth Avenue, 7th Floor
        New York, NY 10017
        Tel: (212) 880-9571
        Fax: (917) 591-5245
        Email:  Kfleischman@fleischmanlawfirm.com

## CERTIFICATE OF SERVICE

I, Keith M. Fleischman, certify that a true and correct copy of the foregoing Notice of Change of Firm Affiliation was electronically filed with the Clerk of Court via ECF on April 12, 2011, which will send notification of such filing to all counsel of record registered in case number 04-CV-9866.

/s/  Keith M. Fleischman
Keith M. Fleischman