UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN RE PFIZER INC. SECURITIES        No.  04 Civ. 9866 (LTS)(HBP)
LITIGATION                          No.  05 MD 1688 (LTS)

This document relates to: All Actions
----------------------------------------------------------x

### AMENDED ORDER GRANTING MOTION FOR CLASS CERTIFICATION

For the reasons set forth in the Court's Opinion of March 29, 2012:

The Court hereby certifies pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure a main class consisting of all persons or entities who purchased and/or otherwise acquired common stock issued by Pfizer, Inc., between and including October 31, 2000 and October 19, 2005, with the exception of: (a) any persons or entities who both purchased and sold all of their shares of Pfizer common stock from October 31, 2000 through and including October 6, 2004; (b) Pfizer and the Individual Defendants; (c) members of the immediate family of each of the Individual Defendants; (d) subsidiaries or affiliates of Pfizer or any of the Individual Defendants; (e) any person or entity who is, or was during the Class Period, a partner, officer, director, employee or controlling person of Pfizer or any of the Individual Defendants; (f) any entity in which any of the Individual Defendants has a controlling interest; (g) the legal representatives, heirs, successors or assigns of any of the excluded persons or entities specified in this paragraph; and (h) the insurance carriers or their affiliates who insure the Defendants.

The Court hereby certifies, pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure a Rule 20A subclass consisting of all members of the main class who

purchased contemporaneously with sales of Pfizer common stock by Individual Defendants Henry McKinnell, Karen Katen and John LaMattina on any of the following dates: 10/26/00, 11/6/00, 10/19/01, 10/23/01, 10/29/01, 02/21/02, 02/25/02, 02/27/03, 11/18/03, 2/26/04, 2/24/05, 05/06/05, and 05/10/05 and 8/16/05.

Lead Plaintiff TRSL and named Plaintiffs Christine Feckles, Julie Perusse and Alden Chace are hereby designated Class Representatives for the main class and the 20A Subclass.

Grant & Eisenhofer is hereby appointed Class Counsel.

The parties are directed to consult with each other and meet promptly with Judge Pitman to discuss settlement and the timing and content of class notice and opt-out procedures, and must provide a proposed timetable to the undersigned for class notice submissions by May 25, 2012.

This Order resolves docket entry nos. 234 and 245.

SO ORDERED.

Dated: New York, New York
April 6, 2012

LAURA TAYLOR SWAIN
United States District Judge