

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

**Grant & Eisenhofer P.A.**

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501

www.gelaw.com

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-386-9500 • Fax: 202-386-9505

May 24, 2012

**VIA FACSIMILE**                  MEMO ENDORSED

The Honorable Laura Taylor Swain
U.S. District Court Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 3 0 2012

Re: *In re Pfizer Inc. Securities Litigation*, No. 04 Civ. 9866 (LTS) (HBP)

Dear Judge Swain:

We represent the recently-certified Class in the above-referenced action. In accordance with Your Honor's April 6, 2012 Amended Order Granting Motion For Class Certification, we submit the following proposed timetable for class notice submissions:

1. Plaintiffs will provide the draft Notice to Defendants by June 1, 2012 (at which time Defendants will begin assembling transfer agent records);

2. Defendants will provide comments on the draft Notice to Plaintiffs by June 15, 2012;

3. The parties will submit the draft Notice to the Court by June 29, 2012. Defendants to have completed providing transfer agent records to Plaintiffs by the same date;

4. The Notice Date will be 21 days following the Court's order approving the content of the Notice.

5. The Publication Date will be 10 days after the Notice Date. The Wall Street Journal, New York Times and PR Newswire will be used for publication;

6. The Affidavit of Notice/Publication will be filed with the Court 10 days after the Publication Date;

7. The Opt out deadline will be 45 days after the Notice deadline; and

8. The Exclusion List will be supplied to the Court 21 days after the Opt out deadline.

The Honorable Laura Taylor Swain
May 24, 2012
Page 2

    Plaintiffs have conferred with Defendants concerning this proposal and Defendants are in agreement with the timetable outlined above.

Respectfully submitted,

*[signature]*

Jay W. Eisenhofer

cc: All counsel (via email)

*The proposed timetable is approved.*

SO ORDERED.

NEW YORK, NY

LAURA TAYLOR SWAIN
May 29, 2012
UNITED STATES DISTRICT JUDGE