# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE PFIZER INC. SECURITIES LITIGATION | 1:04-cv-09866-LTS-HBP<br><br>**ELECTRONICALLY FILED** |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MARK S. DANEK

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Mark S. Danek is no longer associated with Kessler Topaz Meltzer & Check, LLP and is hereby withdrawn as counsel for Christine Fleckles, Julie Perusse and Alden Chace ("Plaintiffs"). The law firm of Kessler Topaz Meltzer & Check, LLP continues to serve as Counsel for Plaintiffs through its attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

Dated: August 22, 2012                              Respectfully Submitted,

**KESSLER TOPAZ**
**MELTZER AND CHECK, LLP**

/s/ Andrew L. Zivitz
Andrew L. Zivitz
David Kessler
Benjamin J. Sweet
Michelle M. Newcomer
280 King of Prussia Road
Radnor PA 19087
Tel: 610-667-7706
Fax: 610-667-7056

*Counsel for Christine Fleckles,*
*Julie Perusse and Alden Chace*