UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PFIZER INC. SECURITIES LITIGATION | No. 04 Civ. 9866 (LTS) (HBP) |
| | ECF CASE |
| THIS DOCUMENT RELATES TO: | Oral Argument Requested |
| The Consolidated Securities Class Action | |

**NOTICE OF DEFENDANTS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE AND ARGUMENT RELATED TO PRODUCTS LIABILITY ISSUES**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law dated September 30, 2013, the accompanying Omnibus Declaration of Andrew J. Ehrlich, Esq. and the exhibits annexed thereto, and upon all pleadings and other papers served in this action, Defendants Pfizer Inc., Gail Cawkwell, Joseph Feczko, Karen Katen, John LaMattina, and Hank McKinnell, by their undersigned attorneys, will hereby move this Court, at a time and date to be determined, at Courtroom 17C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, for an Order, pursuant to Federal Rules of Evidence 401, 402, 403, and 404, granting Defendants' Motion *In Limine* No. 1 to Exclude Evidence and Argument Related to Products Liability Issues, and such other relief as the Court may deem just and proper.

1

Dated: September 30, 2013

| | |
|---|---|
| **PAUL, WEISS, RIFKIND,**<br>   **WHARTON & GARRISON LLP** | **DLA PIPER LLP (US)** |

By: /s/ Beth A. Wilkinson  
    Beth A. Wilkinson  
    Charles E. Davidow  
    Alexandra M. Walsh  
2001 K Street, NW  
Washington, DC 20006-1047  
Tel: (202) 223-7300  
Fax: (202) 223-7420  

    Andrew J. Ehrlich  
1285 Avenue of the Americas  
New York, NY 10019-6064  
Tel: (212) 373-3000  
Fax: (212) 757-3990  
bwilkinson@paulweiss.com  

*Counsel for Defendant Pfizer Inc.*

    John R. Wellschlager  
6225 Smith Avenue  
Baltimore, MD 21209-3600  
Tel: (410) 580-3000  
Fax: (410) 580-6100  

    Michael D. Hynes  
1251 Avenue of the Americas  
New York, NY 10020-1104  
Tel: (212) 335-4500  
Fax: (212) 335-4501  
john.wellschlager@dlapiper.com  

*Counsel for Defendant Pfizer Inc.*

**SIMPSON THACHER &**  
   **BARTLETT LLP**

    Lynn K. Neuner  
    George S. Wang  
425 Lexington Avenue  
New York, NY 10017-3954  
Tel: (212) 455-2000  
Fax: (212) 455-2502  
lneuner@stblaw.com  

*Counsel for Defendant Pfizer Inc.*

**SKADDEN, ARPS, SLATE,**  
   **MEAGHER & FLOM LLP**

    Michele A. Roberts  
    Michael S. Bailey  
1440 New York Avenue, NW  
Washington, DC 20005-2111  
Tel: (202) 371-7000  
Fax: (202) 393-5760  
michele.roberts@skadden.com  

*Counsel for Defendant Hank A. McKinnell*

| **O'MELVENY & MYERS LLP** | **BAKER BOTTS LLP** |
|---|---|
| Jonathan Rosenberg<br>Ross B. Galin<br>Leah Godesky<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061<br>jrosenberg@omm.com | Michael Calhoon<br>Bridget M. Moore<br>Julie B. Rubenstein<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2400<br>Tel: (202) 639-7700<br>Fax: (202) 639-7890<br>michael.calhoon@bakerbotts.com |
| *Counsel for Defendant John L. LaMattina* | *Counsel for Defendant Karen L. Katen* |
| **ALLEN & OVERY LLP** | **BAKER & HOSTETLER LLP** |
| Pamela R. Chepiga<br>Josephine A. Cheatham<br>Bradley S. Pensyl<br>Michael F. Westfal<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 610-6300<br>Fax: (212) 610-6399<br>pamela.chepiga@allenovery.com | George A. Stamboulidis<br>Eric R. Fish<br>45 Rockefeller Plaza<br>New York, NY 10111-0100<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201<br>gstamboulidis@bakerlaw.com |
| *Counsel for Defendant Joseph M. Feczko* | *Counsel for Defendant Gail Cawkwell* |