# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE 44 20 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7340

WRITER'S DIRECT FACSIMILE
(202) 204-7395

WRITER'S DIRECT E-MAIL ADDRESS
bwilkinson@paulweiss.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 19 2013

November 15, 2013

By ECF and Facsimile

The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*In re Pfizer Inc. Securities Litigation*,
No 04 Civ. 9866 (LTS) (HBP)

Dear Judge Swain:

With the consent of all parties in the above-captioned matter, we write to request a modest extension of the due date for reply briefs on the pending motions *in limine*, from November 19 to November 22, 2013.

Pursuant to the Court's July 22 scheduling order (Dkt. No. 512), the parties filed the pending motions *in limine* on September 30, and filed their opposition papers on November 5. There have been no previous requests for an extension of the motion *in limine* briefing schedule.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

Beth A. Wilkinson / JT

cc: All counsel (by ECF)

The request is granted. This resolves docket entry no. 607.

LAURA TAYLOR SWAIN, U.S.D.J
11/18/13