UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

IN RE PFIZER INC. SECURITIES                         No.  04 Civ. 9866 (LTS)(HBP)
LITIGATION


----------------------------------------------------------

THIS DOCUMENT RELATES TO:
The Consolidated Securities Class Action
--------------------------------------------------------x

<u>ORDER</u>

        Plaintiffs' Motion in Limine No. 9, which seeks the preclusion of "evidence or argument relating to affirmative defenses that were not asserted in Defendants' answer," is granted to the extent that Defendants' Answer is not to be construed to assert any affirmative defense not specifically plead therein.  This order does not preclude motion practice seeking leave to amend pleadings, nor does it preclude any arguments in opposition to such motion practice or arguments with respect to the admissibility of particular evidence.

        This Order resolves docket entry no. 560.


        SO ORDERED.

Dated: New York, New York
      May 21, 2014


                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          United States District Judge