UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

IN RE PFIZER INC. SECURITIES            No.  04 Civ. 9866 (LTS)(HBP)
LITIGATION

--------------------------------------------------------

THIS DOCUMENT RELATES TO:
The Consolidated Securities Class Action
--------------------------------------------------------x

## ORDER

    Plaintiffs' Motion in Limine no. 8, which seeks the exclusion of "reference to claims that have been dismissed, or claims or legal theories that Plaintiffs have abandoned, changed, and/or modified," is denied without prejudice to reassertion in connection with particular arguments at trial.

    This Order resolves docket entry no. 558.

  SO ORDERED.

Dated: New York, New York
   May 21, 2014

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                United States District Judge