N.Y.S.D. Case #
04-cv-9866(LTS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of July, two thousand and sixteen.

Before:     Amalya L. Kearse,
              Rosemary S. Pooler,
              Debra Ann Livingston,
                    *Circuit Judges.*

---

In Re: Pfizer Inc. Securities Litigation

Teachers' Retirement System of Louisiana,
Christine Fleckles, Julie Perusse, Alden Chace,

        Plaintiffs - Appellants,

v.

Pfizer, Inc., Henry A. McKinnel, Gail Cawkwell, Joseph M. Feczko, Karen L. Katen,

        Defendants - Appellees.

**ORDER**

Docket No. 14-2853

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 27, 2016
```

    The parties jointly move for a limited remand of this case to the district court so that the district court may consider the proposed settlement, with the pending petition for rehearing or rehearing *en banc* to be held in abeyance pending final approval of the proposed settlement.

    IT IS HEREBY ORDERED that the motion is GRANTED. The parties must file status reports with this Court beginning on December 21, 2016, and every 90 days thereafter, until the proceedings are either resolved or reinstated.

                                            For the Court:
                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/27/2016