UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE PFIZER INC. SECURITIES LITIGATION

No. 04-cv-9866 (LTS)(HBP)

ECF CASE

**NOTICE OF PLAINTIFFS' MOTION (1) FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, (2) FOR APPROVAL OF THE FORM AND MANNER OF NOTICE, AND (3) TO SCHEDULE A HEARING ON FINAL APPROVAL OF THE SETTLEMENT AND ON PLAINTIFFS' COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

PLEASE TAKE NOTICE, that upon the accompanying Declaration of James J. Sabella and the exhibits thereto; the accompanying Memorandum of Law; and all other papers and proceedings herein, the undersigned will move this Court, at the courthouse at 500 Pearl Street, New York, NY, on September 13, 2016 at 12:30 p.m., pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order (i) preliminarily approving the proposed settlement of this action, (ii) approving the form and manner of notice, and (iii) scheduling a hearing on final approval of the Settlement and on Plaintiffs' Counsel's application for an award of attorneys' fees and expenses; and for such other and further relief as the Court deems proper and just.

A copy of the Parties' agreed-upon Proposed Order Preliminarily Approving Settlement, Directing Notice to Class Members, and Setting Hearing for Final Approval of Settlement is attached hereto as Exhibit A.

Dated August 26, 2016

*Additional Counsel*:

**KESSLER TOPAZ MELTZER
 & CHECK, LLP**
David Kessler
Andrew L. Zivitz
Matthew L. Mustokoff
Michelle M. Newcomer
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Plaintiffs Christine Fleckles, Julie Perusse and Alden Chase*

**JOSEPH HAGE & AARONSON LLC**
Gregory P. Joseph
Douglas J. Pepe
Sandra M. Lipsman
485 Lexington Avenue
30th Floor
New York, New York 10017
Telephone: (212) 407-1200
Facsimile: (212) 407-1299

*Counsel for Plaintiffs*

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

By   /s/ James J. Sabella
Jay W. Eisenhofer
Richard S. Schiffrin
James J. Sabella
Charles T. Caliendo
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

Mary S. Thomas
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

*Lead Counsel for Plaintiffs*