```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-20-2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

IN RE PFIZER INC. SECURITIES
LITIGATION,

No. 04 CV 9866-LTS-HBP

-------------------------------------------------------x

## Order

The Court has received the attached communication postmarked November 14, 2018, relating to the above-captioned matter. Lead Counsel may file a response to this submission by **December 4, 2018**.

SO ORDERED.

Dated: New York, New York
       November 20, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Copy mailed to:
Vanessa Noble Gang
146 East Street
Mount Washington, MA 01258-9710



Vanessa Noble Gang
146 East Street
Mount Washington, Massachusetts
01258-9710

Re: Claim #: 3093818

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Swain:

I am writing to request adjudication of my formerly rejected claim. The date of my documentation submission to support my claim was delayed due to 1) the restrictive window between date of notification and required submission for response, and 2) coincidental delay in personal mail receipt due my having been out of town.

Morgan Stanley, with whom the Pfizer stock was held, may initiate special legal prompt process to retrieve records to validate purchase of two lots of Pfizer stock, 75 and 125 shares, on June 21, 2000.

The settlement claims process, in this case, requires proof from files dated beyond the statute of limitations challenging efforts by shareholders to settle any dispute.

Please review documentation provided for the above claim. Submitted Morgan Stanley statements document purchase June 21, 2000.

I look forward to an equitable solution.

Sincerely yours,

Vanessa Noble Gang

**CERTIFIED MAIL®**

Ms. Vanessa Gang
146 East St.
S. Egremont, MA 01258

7018 0360 0001 3640 6810

1000    10007

U.S. POSTAGE PAID
FCM LETTER
HILLSDALE, NY
12529
NOV 14, 18
AMOUNT
**$6.70**
R2305K137993-03

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312