UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE PFIZER INC. SECURITIES
LITIGATION,

No.  04 CV 9866-LTS

-------------------------------------------------------x

## ORDER

The Court has received the attached, undated communication, from Ms. Carol Johnson (the "Claimant") relating to the above-captioned matter.  Counsel for Plaintiff is directed to ascertain the status or disposition of the Claimant's claim and report the results of its investigation to the Claimant and the Court by May 14, 2021.  Chambers will mail Claimant a copy of this order and the original documents sent to Chambers.

SO ORDERED.

Dated: New York, New York
April 13, 2021

    /s/ Laura Taylor Swain
  LAURA TAYLOR SWAIN
  United States District Judge

Mail to:

Ms. Carol Johnson
3135 NBdwy #103
Fargo, ND 58102