UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE PFIZER INC. SECURITIES
LITIGATION,                                                     No.   04-CV-9866-LTS-HBP

-------------------------------------------------------x

## ORDER

The Court has received the attached copy of a communication between Mr. Mark Stephenson (the "Proposed Claimant") and Plaintiffs' counsel, wherein Plaintiffs' counsel explains that Proposed Claimant has not demonstrated his eligibility for participation in the settlement in this action.  In the undated cover letter, also attached, Proposed Claimant seeks appointment of counsel to assist him in pursuing his investment records to support his proposed claim (docket entry no. 764).

Because Proposed Claimant has not demonstrated that he is a member of the class in this action (see docket entry no. 765), or that he is otherwise a party to the now-closed litigation, Proposed Claimant's request for appointment of counsel is denied.  Chambers will mail the Proposed Claimant a copy of this order.

SO ORDERED.

Dated: New York, New York
       December 15, 2023
                                                          /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         Chief United States District Judge

Mail to:

Mr. Mark Stephenson
8152 S. Blackstone
Chicago, IL 60619

Request Appointed counsel to represent me.

The Transfer Agent Computershare, and Direct Stock Purchase program of Pfizer has restricted all access to me to obtain any records as a lost share holder. To regain jurisdiction of assets for auditing and accounting these funds.

Enclosure (1)

Please confirm receipt of arrival

| | |
|---|---|
| **Mark stephenson** <mstephenson8152@gmail.com><br>To: joewillab@aol.com | Sun, Dec 3, 2023 at 5:16 AM |

[Quoted text hidden]

| | |
|---|---|
| **Mark stephenson** <mstephenson8152@gmail.com><br>Draft To: joewillab@aol.com | Sun, Dec 3, 2023 at 2:12 PM |

Got your message

[Quoted text hidden]

| | |
|---|---|
| **Jennifer L. Enck** <jenck@ktmc.com><br>To: Mark stephenson <mstephenson8152@gmail.com> | Fri, Dec 8, 2023 at 3:35 PM |

Hi Mr. Stephenson –

We reviewed your Court submission again. Unfortunately, your submission does not show any purchases/acquisitions of Pfizer Inc. common stock during the Class Period (i.e., the period between October 31, 2000 and October 19, 2005). To be a member of the Court-certified class and eligible for a payment from the settlement, you must have purchased or otherwise acquired Pfizer common stock during the Class Period.

In addition, in order to calculate a potential claim's loss under the Court-approved plan of allocation, we would need information regarding: (i) the number of shares of Pfizer common stock purchased/acquired during the Class Period; (ii) the dates of the purchases/acquisitions and/or sales of such Pfizer common stock; and (iii) the purchase/acquisition/sale prices of such Pfizer common stock.

Without this information, we cannot determine whether you are a member of the class and we cannot calculate a potential loss (and payment) under the plan of allocation.

In the event that you do have purchases/acquisitions of Pfizer common stock during the Class Period, we would be happy to assist you in completing a claim. Please let us know if you would still like to discuss this matter on December 15, 2023 at 9:00.

Thank you.

Jennifer

Jennifer Enck, Counsel

**KESSLERTOPAZ**
**MELTZERCHECK** LLP

280 King of Prussia Road

Radnor, Pennsylvania 19087

Direct Dial: 610-822-0263