UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE PFIZER INC. SECURITIES
LITIGATION                                             No. 04-CV-9866-LTS-HBP

-------------------------------------------------------x

## Order

The Court has received communications, dated September 27-29, 2025, from Mr. Mark Stephenson (the "Proposed Claimant") relating to the above-captioned matter. (Docket entry nos. 767-69.) Counsel for Plaintiffs is directed to review the correspondence and report to the Proposed Claimant and the Court by November 24, 2025, as to whether the additional information proffered by the Proposed Claimant is sufficient to support an administrable claim under the terms of the settlement in the above action. The Clerk of Court is respectfully directed to mail the Proposed Claimant a copy of this order.

SO ORDERED.

Dated: New York, New York
       October 27, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Mail to:

Mr. Mark Stephenson
8152 S. Blackstone Avenue
Chicago, IL 60619