UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

IN RE PFIZER INC. SECURITIES
LITIGATION                                      No. 04-CV-9866-LTS-HBP

--------------------------------------------------------x

<u>Order</u>

The Court has received communications, dated November 5, 2025, from Mr. Mark Stephenson (the "Proposed Claimant") relating to the above-captioned matter.  (Docket entry no. 773.)  The Proposed Claimant "submit[ted] this reply in response to the Court's denial of [his] Rule 60(b)(6) motion."  (<u>Id.</u> at 4; <u>see</u> docket entry no. 770 ("Order") at 3.)  The Order did not authorize a reply to the Court's decision denying the Proposed Claimant's motion for reconsideration.  To the extent that the Proposed Claimant requests reconsideration of the Order, it is denied for substantially the same reasons articulated in that decision.

The Clerk of Court is respectfully directed to mail the Proposed Claimant a copy of this order.

SO ORDERED.

Dated: New York, New York
       November 25, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

Mail to:

Mr. Mark Stephenson
8152 S. Blackstone Avenue
Chicago, IL 60619